*Filed in OPEN COURT 2/27/07*

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,               )
                                        )
                Plaintiff,              )
                                        )
                                        )    CASE NO. 07-35 M-MPT
        vs.                             )
                                        )
ANTOINE L. PATRICK                      )
                                        )
                Defendant.              )

## O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **27th** day of **FEBRUARY, 2007,**

ORDERED that **Edson A. Bostic, Esq.,** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

**Honorable Mary Pat Thynge**
**U.S. Magistrate Judge**

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney



F I L E D

FEB 2 7 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE