**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal Action No. 07-mj-00035-MPT |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| ANTOINE L. PATRICK, | : | |
| | : | |
| Defendant. | : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

PLEASE withdraw the appearance of Assistant United States Attorney Robert J.

Prettyman as attorney of record and enter the appearance of Assistant United States Attorney

Seth M. Beausang as attorney of record on behalf of the Plaintiff United States of America in the

above-captioned matter.

Dated: March 6, 2007.

Respectfully submitted,

COLM F. CONNOLY
United States Attorney

/s/ Seth M. Beausang
Seth M. Beausang (DE I.D. No. 4071)
Assistant United States Attorney
1007 N. Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046
(302) 573-6277, ext. 149
(302) 573-6220 (fax)

**CERTIFICATE OF SERVICE**

       I, Seth M. Beausang, hereby attest under penalty of perjury that on this 6th day of March, 2007, I caused a copy of the United States' Substitution of Counsel and Entry of Appearance to be served on the following counsel for Defendant by electronic filing and First Class mail:

Edson A. Bostic
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801
302-573-6010

                                     /s/ Seth M. Beausang
                                 Seth M. Beausang (DE I.D. No. 4071)